FILED 04 MAY '23 11:20 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ANDREW LAUD BARNETT
    Plaintiff,

v.                         CASE No. 3:23-CV-00664-AA

POLK COUNTY JAIL,          Civil
and POLK CO.               Rights
Sheriff's office           Law Suit
        defendants

COMES NOW, Andrew Laud Barnett, Plaintiff Pro Se, who presents the following civil rights complaint for compensatory, declaratory and injunctve Relief.

## Introduction:

THIS ACTION PLACES BEFORE THE COURT A LAWSUIT INVOLVING THE THEFT OF PROPERTY; THE DESTRUCTION OF PROPERTY; AND THE INTENTIAL LOSS OF PROPERTY BELONGING TO THE PLAINTIFF.

1) THIS ACTION ALSO PLACES BEFORE THE COURT THE POLK COUNTY JAIL; AND POLK COUNTY SHERIFFS OFFICE AND THEIR DENYING PLAINTIFF DUE PROCESS.

2) THIS COMPLAINT ALLEGES THAT THE DEFENDANTS KNOWINGLY TRANSPORTED THE PLAINTIFF TO THE WRONG CO. JAIL AND IN-SO-DOING CAUSED PLAINTIFF TO LOSE A LIBERTY INTEREST AND STAY IN JAIL LONGER THAN HE WAS SUPPOSED TO; THE COMPLAINT FURTHER ALLEGES THAT THE DEFENDANTS KNOWINGLY AND CRUELLY LEFT ALL OF PLAINTIFFS PERSONAL BELONGINGS BEHIND WHEN THEY TRANSPORTED HIM TO THE WRONG FACILITY.

## PARTIES:

3) PLAINTIFF, Andrew L. Barnett, WAS AT ALL TIMES RELIVANT A WARD OF AND HELD BY POLK COUNTY, POLK CO. JAIL AND POLK COUNTY SHERIFFS OFFICE.

4) DEFENDANTS; POLK COUNTY JAIL; AND POLK COUNTY SHERIFFS OFFICE ARE THE GOVERNING BODIES OF POLK CO. OREGON.

## Jurisdiction:

5) Jurisdiction is asserted pursuant to the U.S. Constitution, and 42 U.S.C. 1983.

## Claim 1
## Statement of Facts:

6) Plaintiff was a pretrial detainee in the custody of the Polk Co. Sheriffs office between Jan 22, 2023 — April 21st 2023.

7) During that 90 day period, Plaintiff filed numerous civil rights complaints due to mistreatment and conditions of his confinement. Those cases are active and pending.

8) Between March 21, 2023 — and April 21, 2023 Plaintiff was charged $659.81 for legal copies, postage and copies of West Law cases pertaining to the above mentioned cases.

9) On April 21, 2023 my criminal case was resolved. Within minutes of the verdict,

10) Plaintiff was rushed to a waiting transport van.

I was told by Sgt. Lowe all my personal property would follow.

When I arived at Multnomah Co. Jail, I was informed all my personal property was lost or still at Polk Co. Jail.

List of Lost/Stolen or Damaged Property:
1. 33 Personal Books
2. 4 Civil Rights complaints
3. 1800+ pages of Discovery and/or West Law Cases.
4. 160 Personal Photographs and 40 Letters from Plaintiffs' Family.

"ALL GONE"

## Claim 2
### Statement of Facts

1) On April 20, 2023 Plaintiffs Probation Officer from Lincoln County Oregon called the Defendant Polk Co. Jail and spoke to the Jail Comander, informing him

12) Plaintiff had a detainer and P.V. hearing on April 24th, in lincoln. Plaintiff was to be transported to Lincoln county following resolution of his criminal matter in Polk co. April 21, 2023.

13) On April 21, 2023 plaintiffs criminal case was closed and within minutes Defendant Polk county sheriffs office had him in a transport van on his way to, he assumed, Lincoln county. Imagion his surprise when he was dropped off at the Multnomah county jail instead.

14) This transport error caused Plaintiff to fail to appear in Lincoln county; and caused plaintiffs Judge and Probation officer to place a warrent for plaintiffs arrest. Causing Plaintiff to be released from jail 14 days later than he would have had Defendants delivered him to appropriate jail.

RELIEF REQUESTED:

15) Please declare that all the afore mentioned violated Plaintiffs right to Due process;

16) Issue an Injunction comanding the Polk co. Sheriffs office and Jail to come up with a constitutional transport Policy; and

17) Award money for Lost and stolen Property:
33 Books: $663.00
Copies, case Law, Discovery and complaints: $999.00
Personal Photos & Letters $100,000
TOTAL = $110,662.00

Respectfully Submitted this 3rd Day of May, 2023

Andrew L. Barnett
PO Box 566
Depoe Bay OR
97341

6 of 6
Lawsuit